UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS - 6

CIVIL MINUTES -- GENERAL

Case No.   CV-16-1052-R                                    Date: AUGUST 12, 2016

Title:   CARLOS COMEAUX -V.- CEMEX, et al.
================================================================
PRESENT:   HONORABLE MANUEL L. REAL, JUDGE

<u>Christine Chung</u>                                  <u>None Present</u>
Courtroom Deputy                                   Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

   None                                              None

PROCEEDINGS:   MINUTE ORDER (IN CHAMBERS)


   **Pursuant to the Parties' Stipulation to Dismiss Case filed August 10, 2016 (Docket No. 16), this case is hereby dismissed with prejudice. All dates are hereby vacated and off calendar, and the Clerk's Office is directed to close this case (JS-6).**

   **IT IS SO ORDERED.**

MINUTES FORM 11                                    Initials of Deputy Clerk ___cch___
CIVIL -- GEN